UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,
     Petitioner,

vs.                              Case No.:  1:25cv271-MCR-MJF

STATE OF FLORIDA,
     Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on November 21, 2025.  *See* ECF No. 16.  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

1

2.     The 28 U.S.C. § 2241 habeas petition (ECF No. 1) is **DISMISSED**

**without prejudice** for failure to comply with Court orders.

3.     All pending motions are **DENIED** as moot.

3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of May 2026.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**